UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLOTTE FREEMAN**          **CIVIL CASE NO.: 2:22-CV-5546**

**VERSUS**

**OCEAN HARBOR CASUALTY**       **SECTION: B(2)**
**INSURANCE COMPANY**

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**NOW INTO COURT**, comes the defendant, Charlotte Freeman, through undersigned counsel, who respectfully requests leave of Court to amend her petition for damages filed in this matter on December 29, 2022.

1.

Rule 15 provides in pertinent part that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

2.

Charlotte Freeman asserts that initial disclosures along with an unsuccessful mediation have shown that there is another party who could be at fault for damages to Charlotte Freeman's home, as well as a new cause of action that did not exist at the time the original complaint was filed  This amendment is necessary to add a new defendant to the matter and set forth items of damage, and causes of action that have become exigible since the date of filing the original complaint, both against the new defendant, and against Ocean Harbor.

3.

Counsel for Ocean Harbor has refused to give written consent and objects to the filing of this amended complaint necessitating the filing of this motion. However, Defendant has given no reason or cause for their objection.

4.

Plaintiffs allege that this amended complaint if being filed timely, as the scheduling order currently in effect (doc. 14) mandates that all amended complaints must be filed by January 12, 2024. As such, this amended complaint is being filed timely, and Defendants have no reasonable basis for an objection.

**WHEREFORE**, CHARLOTTE FREEMAN, prays that she be allowed to amend her original complaint.

| | |
|---|---|
| Respectfully Submitted By:<br>DEJEAN LAW OFFICE, LLC | Respectfully Submitted By:<br>NOLAND LAW OFFICE, LLC |
| /s/ Felix A. DeJean IV<br>Felix "Andy" DeJean IV (#25028)<br>604 St Ferdinand St.<br>Baton Rouge, LA 70802<br>(225) 344-2639 – Telephone<br>(225) 346-5252 – Facsimile<br>andy@dejeanlaw.com<br>*Attorney for Charlotte Freeman* | /s/ Erik R. Noland<br>Erik R. Noland (#37245)<br>533 Europe Street<br>Baton Rouge, LA 70802<br>(225) 719-1950 - Telephone<br>erik@nolandlawoffice.com<br>*Attorney for Charlotte Freeman* |

Respectfully Submitted:
CANNON LAW OFFICE, LLC

/s/ Sherry C. Cannon
SHERRY C. CANNON (#33759)
2929 Fairway Dr.
Baton Rouge, LA 70809
225-335-4580
scannonlaw@aol.com
*Attorney for Charlotte Freeman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2024, a copy of the foregoing pleading has been served on all parties or their attorneys via the Court's CM/ECF system.

<u>/s/ Erik R. Noland</u>

Erik R. Noland