**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CHARLOTTE FREEMAN**                                **CIVIL CASE NO.: 2:22-cv-5546**

**VERSUS**

**OCEAN HARBOR CASUALTY**                **SECTION: B(2)**
**INSURANCE COMPANY**

**NOTICE OF SUBMISSION**

      PLEASE TAKE NOTICE that Plaintiffs' Motion for Leave to File their First Amended Complaint is hereby set for submission before the Honorable Donna Currault, United States Magistrate Judge, 500 Poydras St. New Orleans, LA 701340 at 11:00 A.M. on January 31, 2024.

Respectfully submitted,
NOLAND LAW OFFICE, LLC

/s/ Erik R. Noland
Erik R. Noland (#37245)
533 Europe St.
Baton Rouge, LA 70802
(225) 719-1950 – Telephone
erik@nolandlawoffice.com
*Attorneys for Charlotte Freeman*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of January, 2024, a copy of the foregoing pleading has been served on all parties or their attorneys via the Court's CM/ECF system.

/s/ Erik R. Noland

Erik R. Noland
